No. 381. VILES *v.* SYMES ET AL. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Edmund L. Viles, pro*

634

se. *Mr. Jean S. Breitenstein* for respondents.